## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 477 EAL 2017
  :
    Respondent : 
  :
  : Petition for Allowance of Appeal from
  : the **Unpublished Memorandum and**
v. : **Order** of the Superior Court at No.
  : 566 EDA 2016 entered on September
  : 21, 2017, **reversing and remanding**
JALIL COOPER, : the Order of the Philadelphia County
  : Court of Common Pleas at No. CP-51-
    Petitioner : CR-0014102-2011 entered on
  : January 15, 2016

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and this matter is **REMANDED** to that court for proceedings consistent with this Court's decision in *Commonwealth v. Perfetto*, __ A.3d __, 2019 WL 1866653 (Pa. Apr. 26, 2019).